UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:23-cv-01389-CAS (SPx) | Date | August 3, 2023 |
|---|---|---|---|
| Title | CENTERPOINTE COLTON PARTNERS, L.P. V. IRA IV PEPPERS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - EX PARTE APPLICATION TO REMAND (Dkt. 7, filed on July 31, 2023)

On March 30, 2023, plaintiff Centerpointe Colton Partners, L.P. filed this unlawful detainer action against defendants Ira Iv Peppers and Marilyn Ember in the Superior Court of California. Dkt. 1. On July 17, 2023, defendants removed the action to this Court. Id. Defendants filed a request to proceed in forma pauperis ("IFP request") with the notice of removal. Dkt. 3. In ruling on defendants' IFP request, this Court found that it lacks subject matter jurisdiction over the unlawful detainer action and ordered that the case be remanded to state court.

On July 31, 2023, plaintiff filed an *ex parte* application to remand the action to state court. Dkt. 7. In light of the Court's order on defendants' IFP request that the action be remanded, the Court **DENIES AS MOOT** plaintiff's *ex parte* application to remand the action to state court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |